UNITED STATES of America,
Plaintiff–Appellee

v.

Thomas A. NELSON, Jr., Defendant–Appellant.

No. 12–30895
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 30, 2013.

Mary Patricia Jones, Assistant U.S. Attorney, Corey Ross Amundson, Helina S.

Dayries, Assistant U.S. Attorney, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Michael Adams Fiser, Esq., Baton Rouge, LA, for Defendant–Appellant.

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appellant Thomas. A. Nelson Jr. appeals the district court's denial of his request for release pending the resolution of his appeal of his conviction and sentence in case number 12–30101. On December 3, 2013, this Court's judgment in case number 12–30101 was issued as mandate. Accordingly, we are incapable of granting relief to Appellant in his appeal of the denial of his motion for release pending appeal. *See e.g., United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382 (5th Cir.2007); *see also United States v. Oriakhi,* No. 94–6605, 1994 WL 440387, at *1 (5th Cir. Aug. 16, 1994). Accordingly, Appellant's appeal is dismissed as moot.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.